

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00560-CR

Vernon Lee **TRAVIS**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 10, 2015.

_____
Rebeca C. Martinez, Justice